# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2284

_____

CHARLES OSBORN,

Petitioner,

v.

STATE OF FLORIDA, et al.,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 11, 2019

PER CURIAM.

DISMISSED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Osborn, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.